AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Idaho

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| Anthony John Milano | ) |
| | ) 19·MJ·10440·REB |
| | ) |
| | ) |
| _Defendant(s)_ | |

**U.S. COURTS**

**MAY 02 2019**

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 2018 through May 2, 2019___ in the county of ___Ada___ in the ___ District of ___Idaho___ ; the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. sec. 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit of Detective Corporal John Brumbaugh.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Detective Corporal John Brumbaugh
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___05/02/2019___

_____
_Judge's signature_

City and state: ___Boise, Idaho___

Ronald E. Bush, United States Magistrate Judge
_____
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Brumbaugh, a Detective Corporal with the Garden City Police Department, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a duly sworn police officer with the Garden City Police Department.  I have been employed by the Garden City Police Department for approximately twenty-two (22) years and have been a sworn law enforcement officer in Idaho for approximately eighteen (18) years and hold the rank of Corporal.  I have successfully completed the Idaho Peace Officer Standards and Training in Meridian, Idaho, and hold a State of Idaho Masters Law Enforcement Certificate. I am currently assigned to the Garden City Police Department Criminal Investigations Unit.

2.  I am currently a member of the Idaho Attorney General's Internet Crimes Against Children (ICAC) Unit.  The Idaho ICAC Unit is the lead agency for the Idaho Crimes Against Children Task Force, which is a collaboration of federal, state, and local law enforcement agencies working to counter the threat of offenders using the Internet or other technology to sexually exploit children.  As a member of the ICAC Unit, I work with other agencies that may lack sufficiently trained investigators or may have manpower issues with investigations concerning the on-line sexual exploitation of minor children. I have also been sworn in as a Special Deputy U.S. Marshal.

3.  I have conducted, or participated in, numerous investigations relating to the possession, transportation, distribution, and trading of child pornography files and obscenity directed at minors.  I have employed a variety of investigative techniques including physical surveillance, undercover operations, the execution of search warrants, and interviews of defendants and witnesses.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—1

4.      I have over 2,600 hours of specialized training and hold a Masters Law Enforcement Certificate from the Idaho Peace Officers Standards and Training (POST).  I have received specialized training regarding the on-line sexual exploitation of children.  I have attended several courses pertaining to computer crime and sexual exploitation.  These courses include: Sex Crimes Investigations in 2012, Idaho Sex Offender Watch Conference in 2011, Internet Crimes Against Children Investigative Techniques, digital evidence collection, Peer to Peer (P2P) software training on two occasions (Roundup Ares in 2014 and Bit Torrent in 2014), Undercover Chat Investigations (2014), Idaho Crimes Against Children Conference in 2013, the Regional Internet Crimes Against Children Conference in 2014, National Internet Crimes Against Children Conference in 2015, 2016, and 2017, Commercial Sexual Exploitation of Children (CSEC) in 2012, Crimes Against Children Conference 2018, Cellebrite Mobile Data Extractions, and the "osTriage" preview tool course.  These schools cover the investigation of persons who use computers and electronic devices to aid in the possession, sharing and distribution of child pornography images and videos as well as those that use the Internet to entice and solicit children for sexual acts.

5.      I have spoken with federal agents and state and local investigators who are knowledgeable regarding the methods and means used by individuals who buy, sell, trade, send and/or receive child pornography via the Internet, and these agents and investigators have related their personal knowledge to me and provided me with insight as to the manner in which evidence of these crimes is kept.  In addition, I have been personally involved in interviews of persons found in possession of child pornography.  The majority of those offenders interviewed discussed or confessed to their sexual interest in children and the manner in which they seek out and locate child pornographic images and videos. During the course of my duties, I have

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—2

personally viewed sexually explicit pictures of minor children, depicting them in the nude, in sexually provocative poses, in lewd poses, and in poses depicting various sexual acts.  I have also seen photographs, digital photographs, and videos of minor children being raped by adults orally, anally, and vaginally.

6.     I am submitting this affidavit as probable cause to arrest and charge Anthony John MILANO with violation of Title 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

## APPLICABLE LAW

Title 18, United States Code, Section 2252A(a)(5)(B) provides: that any a person who knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, shall be punished as provided in subsection (b).

18 U.S.C. § 2256(8)(A) defines "Child Pornography" as any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct.

18 U.S.C. § 2256(2)(A) defines "Sexually explicit conduct" as actual or simulated:

i.  sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex;

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—3

     ii.  bestiality;

    iii.  masturbation;

    iv.  sadistic or masochistic abuse; or

    v.  lascivious exhibition of the genitals, anus, or pubic areas of any person.

Regarding the definition of "lascivious exhibition of the genitals or pubic areas of any person, most courts have embraced the six-factor lascivious exhibition" test articulated in *United States v. Dost*, 636 F. Supp. 828, 832 (S.D. Cal. 1986):

    a.  Whether the focal point of the visual depiction is on the child's genitalia or pubic area;

    b.  Whether the setting of the visual depiction is sexually suggestive, i.e., in a place or pose generally associated with sexual activity;

    c.  Whether the child is depicted in an unnatural pose, or in inappropriate attire, considering the age of the child;

    d.  Whether the child is fully or partially clothed, or nude;

    e.  Whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity; and

    f.  Whether the visual depiction is intended or designed to elicit a sexual response in the viewer.

The *Dost* court also observed, "a visual depiction need not involve all of these factors to be a 'lascivious exhibition of the genitalia or pubic area.' The determination will have to be made based on the overall content of the visual depiction, taking into account the age of the minor." *Id.*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—4

## STATEMENT OF PROBABLE CAUSE

7.     On August 9, 2018, NCMEC received a report from Dropbox, Inc. regarding the

suspected possession of child pornography.  Based upon the report, CyberTip #38333248 was

generated and routed to the Idaho ICAC taskforce for investigation.

8.     In CyberTip #38333248, Dropbox, Inc. reported that one of their accounts

contained files that were believed to be child pornography.  Dropbox included five video files

when filing the report with NCMEC.

9.     Dropbox also provided the following information regarding the account and the

account holder:

        a.  Email Address:       anthony19milano99@gmail.com

        b.  Screen/User Name:   Tony Onalim

        c.  ESP User ID:        1085086160[1]

        d.  IP Address:         75.174.22.12

                                05-02-2018 06:02 UTC

10.     Dropbox indicated that staff member(s) had viewed the entire contents of each of

the five reported videos.  As the videos had been viewed by Dropbox, and reported as being

exploitative in nature, I opened the files, reviewed their content, and confirmed the files

constituted child pornography. The following are descriptions of two of the attached videos:

        a.  <u>Video Sep 05, 12 43 03 PM.mp4</u>
           File Type:         Video (.mp4)
           File Size:         10.3 MB
           Video Duration:   1 minute, 52 seconds
           Description:      This is a video (.mp4) file that is approximately
           10.3 MB in size, and one minute, fifty-two seconds in duration.  The video
           is in color and has audio.  It depicts several Caucasian male children in
           what appears to be a hotel room.  The room contains a soaker tub, a mirror
           on the wall, a nightstand, and a bed. The video starts with three male
           children apparently naked in the tub together.  A fourth male child, who is

---

[1] This is also referred to as the Dropbox account number.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—5

completely naked, moves from the bed to the tub. The video cuts and one of the male children in the tub performs oral sex on another of the male children from the tub. The video moves and depicts two naked male children on the bed. One of the children anally penetrates the other with his penis. Approximately one minute and thirty-five seconds into the video, there is a splash screen that reads: "X Video Convert Trial Version." In total, five male children are seen, all naked, and all between the approximate ages of eight and twelve.

    b.  <u>Video Sep 05, 5 43 56 PM.mp4:</u>

        File Type:        Video (.mp4)

        File Size:        9.8 MB

        Video Duration:    1 minutes, 48 seconds

        Description:      This is a video (.mp4) file that is approximately 9.8 MB in size, and one minute, forty-eight seconds in duration. The video is in color, has sound, and depicts two males. One is a prepubescent male, approximately six to eight years of age, who is naked and lying on a bed. The other is a post-pubescent male who is naked and straddling the male child with his genitals over the child's face. The child takes the older male's scrotum and penis into his mouth. The older male simultaneously masturbates the child's penis.

11.    I believe that each of the videos described above depict acts with a minor child that meet the definition of "sexually explicit conduct" in 18 U.S.C. §§ 2256(2)(A)(i) (sexual intercourse), specifically oral-genital and genital-anal contact.

12.    On October 11, 2018, NCMEC received a report from Dropbox, Inc, regarding the suspected possession of child pornography. Based upon the report, CyberTip #41532865 was generated and routed to the Idaho ICAC Unit for investigation.

13.    In CyberTip #41532865, Dropbox reported that one of their accounts contained files that were believed to be child pornography. Dropbox included five video files when filing the report with NCMEC.

14.    Dropbox also provided the following information regarding the account and account holder:

    a.  Email Address:      anthony19milano99@gmail.com

    b.  Screen/User Name:  Tony Onalim

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—6

      c.  ESP User ID:      1085086160

      d.  IP Address:      75.174.22.12

                      05-02-2018    06:02 UTC

15.    Dropbox indicated that staff member(s) had viewed the entire contents of each of the five reported videos.  As the videos had been viewed by Dropbox, and reported as being exploitative in nature, I opened the files and reviewed their content.  From a content standpoint, the videos were the same five videos as documented above.

16.    Dropbox also included an upload log that shows the timestamp, user, action, path, and size of the files.  The log shows all five files of child pornography were added to the Dropbox account on May 6, 2018, at 09:08:35 (this is likely UTC time, but the log did not specify).

17.    Both CyberTips described above reference IP address 75.174.22.12 as the IP address used when the user of the account registered the account.

18.    Using publicly available resources, the IP Address 75.174.22.12 was found to be registered to CenturyLink Communications, LLC. Office of the Attorney General Senior Investigator Peterson obtained an administrative subpoena for subscriber information related to that IP address at the time of the account registration.

19.    The responsive information from CenturyLink indicated that the subscriber of the IP address was K.B.[2] at a residence on Anatole St. in Meridian, Idaho.

20.    Using a combination of resources available to law enforcement, some of which are also publicly available, K.B. was identified as the subscriber of the IP address.  From these

---

[2] I have used initials of the individuals at this residence. However, the full names of these individuals are known to law enforcement.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—7

resources, it was determined that K.B. is married to W.B., and that they have two sons, S.B. and D.B. W.B. was listed as having the same address as K.B.

21.     Through information publicly available on social media accounts, I determined D.B. is associated with Anthony Milano (https://www.facebook.com/anthony.milano.948494). Specifically, Milano is Facebook friends with D.B.'s girlfriend. I further observed that D.B. has posted comments on Milano's Facebook posts.

22.     While not sexually explicit, Anthony Milano had used an anime image as his Facebook profile picture between July 19, 2018, and November 5, 2018.  Public access to information and photos on his account was extremely limited.  From his current profile picture, I recognized this person as the same Anthony Milano (DOB 04/24/1999) from prior investigations regarding the sexual exploitation of minors.

23.     On February 14, 2019, the Honorable Judge Bush, United States Magistrate Judge, issued search warrants for the Dropbox account, 1085086160, registered to anthony19milano99@gmail.com, and the Google account associated with email address, anthony19milano99@gmail.com.  Both warrants were served electronically the same date.

24.     On February 26, 2019, I received the responsive data from Dropbox.  The contents of the Dropbox account, 1085086160 were subsequently reviewed.  There were four folders within the account respectively titled:  "bj," "bvds," "haha," and "kdj."  The "haha" folder had a single folder in it titled, "-18."

25.     The folder "-18" held five image and eighteen video files.  I observed that one of the files, "(pthc) ((kingpass)) ((hussyfan)) mylola info – anya.3gp," utilized terms commonly associated with the sexual exploitation of minor children.  The subject depicted in the file

appears to be in her mid to late teens, but is "age difficult." However, the file name is indicative

of a sexual interest in children.

26.     The two files described above that were included with the originating CyberTip

were located in the following paths:

> a.  /Root/bvds/stuff/Video Sep 05, 12 43 03 PM.mp4
>
> b.  /Root/bvds/stuff/Video Sep 05, 5 43 56 PM.mp4

Both files showed as being added to the account on May 6, 2018, at 09:08:35 GMT.

27.     The Dropbox account also contained the following files, which are described as

follows, as examples of the sexually exploitative material contained in multiple locations within

the account:[3]

> a.  /Root/haha/-18/vid18.avi:
>     Added May 5, 2018, at 12:23:41 GMT
>     Type:        Video (.avi)
>     Size:        46.8 MB
>     Duration:    39 minutes, 13 seconds
>     Description:  This is a video (.avi) file that is in color, but without sound,
>     is approximately 46.8 MB in size, and approximately thirty-nine minutes,
>     thirteen seconds, in duration. The video depicts a dark complexioned
>     female juvenile, approximately ten to twelve years old. There is
>     "omegle[4]" in the lower left corner. The video takes place in a bathroom,
>     and the child exposes her breasts and vagina to the camera. The child
>     does not have any visible pubic hair, and the very start of breast
>     development. She manipulates her vagina, opening it for the camera and
>     inserting her finger(s) into it. She straddles the camera and inserts, what
>     appears to be a lip balm, into her vagina. The child masturbates, places
>     the lip balm in her mouth after it has been in her vagina, and starts
>     inserting it into her anus. She uses bobby pins on her nipples and her
>     vagina. Approximately twenty-eight minutes into the video, the child

---

[3] It should be noted that there are other files of child pornography in the account. I am simply providing a
description of three such files.

[4] Omegle.com is an online chat randomizing website. Per the webite's homepage: "Omegle (oh*meg*ull) is a great
way to meet friends. When you use Omegle, we pick someone else at random and let you talk one-on-one. To help
you stay safe, chats are anonymous unless you tell someone who you are (not suggested!), and you can stop a chat at
any time. Predators have been known to use Omegle, so please be careful."

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—9

appears to urinate in the toilet. Afterwards, she retrieves a hairbrush and uses it to masturbate. It appears that all of the girl's actions are at the direction of the person she is chatting with, but that cannot be conclusively determined in the video.

b. /Root/kdj/Videos (1)/2009 Gracel Series hard blowjob (with cum).MPG
   Added May 7, 2018, at 07:46:03 GMT
   Type:        Video (.mpg)
   Size:        30.2 MB
   Duration:    45 seconds
   Description:  This is a video (.mpg) file that is in color and has sound. The video is approximately 30.2 MB in size, and approximately forty-five seconds in duration. The video depicts a female juvenile of Asian or pacific island descent, naked and lying on her back on a bed. The child is approximately three to five years old. A naked male adult is straddling the child and is penetrating her mouth with his erect penis in a pumping motion. The video freezes and jumps, as though the file might be corrupted.

c. /Root/kdj/Videos (1)/09-REDHEAD_&_DAD_STROKE_CM.mp4:
   Added May 7, 2018, at 07:46:03
   Type:        Video (.mp4)
   Size:        27.7 MB
   Duration:    One minute, eleven seconds
   Description:  This is a video (.mp4) file that is in color and has sound. It is approximately 27.7 MB in size, and approximately one minute, eleven seconds in duration. The video depicts a naked, extremely hairy, Caucasian male adult lying on his back, with a naked prepubescent Caucasian female juvenile. The child is approximately four to six years old. The male's penis is erect, and he positions the child into straddling him with her vagina on his penis. The male moves her back and forth along his penis and he ejaculates. During the video the male speaks with the child. He giggles and asks if she likes how it feels. He says he tried to do it with her "yesterday" but that she was scared, and said as much to him. He then grunts and tells her, "Uh oh, you made the white stuff come out." He goes on to tell her that means she "gets paid the full amount." It should be noted that when played in the VLC media player, the video's author is identified as "Avidemux" and the file name is listed as "cm2.mp4."

28.   I believe that each of the videos described above depict acts with a minor child that meet the definition of "sexually explicit conduct" in 18 U.S.C. §§ 2256(2)(A)(i) (sexual intercourse), specifically masturbation, oral-genital contact, and genital-genital contact.

29.     Dropbox included an activity log pertaining to the addition, movement, or deletion of content within the account.  The first activity on the account was on May 1, 2018 at 18:40:11 GMT, and consisted of the creation of a folder titled, "Vids," and the population of that folder with fifty-three videos.  On May 6, 2018, the folders titled, "Preteen 9-13" and "Y15" were created.  Later the same date, a large number of files were deleted.

30.     Files were added and deleted again on May 8, 2018.  The last activity listed was the addition of the file, "Hot slave boy fills his ass with markers2.mp4," to the subfolder, "Solo," contained in the folder, "bvds."

31.     On March 26, 2019, I received data from Google in response to the search warrant.  The data provided by Google established that the email account, anthony19milano99@gmail.com, belongs to Anthony Milano.  Within the Google account, there were multiple "selfie" style pictures of Milano, images of his work schedule, and EXIF data that placed a photo in the account being taken at, or within close proximity to, his residence located at 2478 E. Clarene Street, Meridian, Idaho.

32.     EXIF data from pictures provided by Google indicated that the device used to create the pictures was a Google Pixel 3XL.

33.     Amongst the pictures in the response data, were two anime-style images of hermaphrodites.  One of them, a file named 73cc0320cce3b672c657d9782d01fbac.jpg, depicted a Caucasian with long hair, very slightly developed female breasts, and male genitalia.  The penis was depicted as erect, and there was no pubic hair depicted.  This image showed as being created on January 9, 2019, at 20:08:07 PST, from IP address 67.60.145.7, and last modified on February 2, 2019 at 03:39:23 PST.  The status of the image showed as "Deleted."

34.     I also located a file named IMG_20181021_171523.jpg, which is a "selfie" style image of Milano.  He is in what appears to be bedroom.  The photo was created on October 22, 2018, and modified on February 2, 2019.  The photo was uploaded from IP address, 67.60.145.7. Its status was "Deleted."  EXIF data provided the location, "43.62289166666667, -116.36498055555555," and that the image was taken with a Google Pixel 3 XL.

35.     Using Google Maps, I typed in the coordinates "43.62289166666667, -116.36498055555555," and Google maps showed the location of the coordinates as the east end of Milano's residence at 2478 E. Clarene Street, Meridian, Idaho.

36.     I also located a file named IMG_20190124_233339.jpg, which was created on January 24, 2019 and last modified on February 11, 2019.  The picture shows a garage door.  The picture was uploaded from IP address 67.60.145.7.  EXIF data provided the location "43.62283611111111, -116.36522222222222," and that the picture was taken with a Google Pixel 3 XL.

37.     Using Google Maps, I typed in the coordinates 43.62283611111111, -116.36522222222222 . Google maps showed the location of the coordinates as the driveway of 2478 E. Clarene Street, Meridian, Idaho.

38.     Emails provided by Google showed that Milano was receiving his work schedule from Smashburger at the email address anthony19milaon99@gmail.com. Those emails ended on January 28, 2019.

39.     Emails provided by Google show that the email address anthony19milano99@gmail.com was used to create the Dropbox account that contains child pornography.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—12

40.     Emails provided by Google show that the email address

anthony19milano99@gmail.com was used to create multiple accounts, including:

     a.   Snapchat:      "tonym9919."

     b.   DickCrazyGirls.com:  Username, "Anthony19Milano," with Password,

"Anthony," and using a credit card ending in "8409."

     c.   BeNaughty.com

     d.   CamSoda.com:     Username: "medicalprogram142"

     e.   Kik Messenger:     Username: "DrPepsiCola13"

     f.   LocalCheaters.com:  Username: "Tonysuckme"

     g.   Xmeets.com:       Username: "TonyFuckMe"

     h.   Uber

     i.   Reddit

     j.   Spotify

41.     The email address anthony19milano99@gmail.com was linked to financial

services and institutions, including:

     a.   PayPal

     b.   KeyBank

     c.   Bethpage Federal Credit Union

42.     Milano received Facebook notification emails at the email address

anthony19milano99@gmail.com.  Theses included notifications regarding D.B. commenting on

Milano's Facebook post on October 18, 2018, and that D.B. shared one of Milano's posts on July

7, 2018.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—13

43.     Milano's Google account, anthony19milano99@gmail.com, was signed into from the following devices:

        a.     A ZTE Stack on March 20, 2018,

        b.     A PlayStation 4 on August 12, 2018, and

        c.     A Pixel 3 XL on October 19, 2018.

44.     IP address logs from Google provided multiple IP addresses used to log into the account. Using publicly available resources, IP addresses were linked to three Internet Service Providers: CableOne, CenturyLink, and Verizon. On April 19, 2019, all three providers were served subpoenas for subscriber information pertaining to the IP addresses associated with each. As of this writing, their responses are still pending.

45.     On April 30, 2019, the Honorable Judge Ronald Bush, U.S. Magistrate Judge, granted a search warrant for the person of Anthony Milano, his residence on Clarene St., and for his vehicle to search for electronic devices that may contain child pornography.

46.     On May 2, 2019, I served the search warrant at Milano's residence on Clarene St. I contacted Milano at the door and informed him of the search warrant. I informed Milano that the warrant covered the search of his person, residence, and vehicle, and asked if he had his phone on his person. Milano stated that it was in the bathroom, where he had been prior to answering the door.

47.     While other officers were ensuring no one else was in the residence, I advised Milano of his rights. Milano then advised that he wished to invoke his right to counsel.

48.     During the search of the residence, a Google Pixel 3 XL cell phone was located in the bathroom of the residence. Three other older phones were also located during the search.

49.     The Google Pixel 3 XL cell phone was white in color, with a black Incipio case on it. The phone was turned on, but required a swipe pattern or a fingerprint to unlock the device.

50.     All items seized are in the custody of the Idaho Office of the Attorney General. Forensic analysis of those items is pending.

### 2015 Investigation of Anthony Milano

51.     In 2015, I was involved in an investigation into Anthony Milano's involvement in child pornography. The Federal Bureau of Investigations and the Oregon Department of Justice (DOJ) were also involved in investigating Milano for involvement in child pornography. Anthony Milano was a juvenile at the time of the prior investigations, but he is currently 19 years old.

52.     The prior investigations began with multiple CyberTips involving the email address tonymilano4@gmail.com and the email address MilanoAnthonyJohn@gmail.com sharing and uploading child pornography. The Oregon DOJ received three separate CyberTips involving these email addresses. The three CyberTips are described below.

53.     On June 17, 2014, the Oregon DOJ received CyberTip 2509484, from Microsoft, reporting that files identified as potential child pornography had been sent to a Hotmail.com or Outlook.com account from the email address tonymilano4@gmail.com.

54.     On June 17, 2014, the Oregon DOJ received CyberTip 2515299, from Google, reporting files identified as potential child pornography had been uploaded by the account, tonymilano4@gmail.com.

55.     On August 5, 2014, the Oregon DOJ received CyberTip 2635388, from Google, reporting files identified as potential child pornography had been uploaded by the account, MilanoAnthonyJohn@gmail.com.

56.     Legal processes produced information that even though the reported incidents involved IP addresses from Oregon, the suspect was likely Anthony John Milano, living in Meridian, Idaho.  The Oregon DOJ investigator forwarded the investigation to me.

57.     On November 25, 2014, the Idaho ICAC Unit received CyberTip 3016319, from Google, reporting files identified as potential child pornography had been uploaded by the account, gregzachboys@gmail.com.  IP addresses provided in the CyberTip were associated with the West Ada School District and Anthony Milano's residence in Meridian, Idaho.

58.     Search warrant response data from Google pertaining to the account, gregzachboys@gmail.com, showed Anthony Milano requesting passwords to secure content, soliciting nudes images, distributing files of child pornography, identifying himself as a police officer, advertising that he had images of his "sons," and encouraging another user to get a Dropbox account to facilitate trading child pornography.

59.     In December of 2014, FBI Special Agents met with Milano at his residence in Meridian.  Milano provided the agents the following information:

a.     He used a Google search to locate the website "imgscr.ru" in order to view nude images;

b.     His email address at that time was tonymilano4@gmail.com;

c.     He had been locked out of his email account, but he did not know why;

d.     He used a tablet computer to access the internet, but it broke and had been discarded around March 2014; and

e.     There was no longer Internet service at the residence.

60.     During the FBI's contact with Milano and his mother, they were granted consent to search the residence's sole computer.  No contraband was located on the computer.

61.     Oregon DOJ Special Agent Kaopuiki, obtained a search warrant for the Google account, tonymilano4@gmail.com, and forwarded the results to me.  In reviewing the resultant

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—16

emails, approximately 280 emails included images of child pornography. During his email

communications, Milano used the names "Anthony," "Anthony Milano," "Jessica," and "Bill."

      62.    On March 27, 2015, I contacted Milano at his residence. During that contact,

Milano provided me with the following information:

      a.   He used the email address tonymilano4@gmail.com;

      b.   He had three email addresses. The reason for multiple email addresses
was that he would get blocked due to "illegal activity;"

      c.   He actively traded child pornography with users he met through the
imgsrc.ru website;

      d.   He adopted different personas (male, female, adult, juvenile) because
some people would only chat with males, others with only females;

      e.   He stored files on whatever device he had at the time (tablet or cell
phone);

      f.   The tablet and cell phone he referred to had been broken and discarded
prior to being contacted by law enforcement;

      g.   He received Dropbox links from users and would access child
pornography that way;

      h.   He could not recall if he had his own Dropbox account or not; and

      i.   He received and traded child pornography while visiting family members
in Bend, Oregon.

      63.    On September 21, 2015, the Idaho ICAC Unit and the Oregon DOJ received

CyberTip 6332653, from Dropbox, Inc., reporting suspected child pornography in one of their

cloud storage accounts. The associated email address was listed as tonymilano4@gmail.com.

Multiple files depicting the sexual exploitation of children were attached to the CyberTip.

      64.    I obtained a search warrant for the Dropbox account identified in the CyberTip.

The content of that Dropbox account was almost exclusively child pornography or child erotica.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—17

65.     One of the IP Addresses provided by Dropbox in the CyberTip returned to another address.  In speaking with the residents of that address, I learned that Milano was a visitor to the home, that he had access to their Wi-Fi, and was known to possess a smartphone.

66.     On December 16, 2015, a search warrant was executed at Milano's residence, on his school locker, and on his person.  Milano was interviewed at that time at his school.  During the interview, Milano provided the following information:

   a.   His mother had placed him into counseling due to his sexual interests, but he had stopped when he went to stay with his brothers in Oregon;

   b.   While attending counseling, Milano continued to view child pornography in his Dropbox account between meetings;

   c.   Milano denied knowing the name of the login for his Dropbox account, but later provided the account and password (his school ID number);

   d.   Milano denied sharing the credentials for the account with anyone;

   e.   Milano reported accessing the Dropbox account from the Fred Meyer Store near his house, and would go there several times per week;

   f.   Upon returning to Idaho, he found employment at POJOS Family Fun Center;

   g.   He was scheduled to resume counseling with a new counselor the following day; and

   h.   When his phone was seized, Milano told me that he obtained some of his content from another Russian website, VK.com.

67.     When Milano's phone was searched, there were numerous images depicting the sexual exploitation of minors.  These depictions included representations of actual human children, but the majority of the images were cartoons or anime.  Many of these images depicted incestuous relationships, including mother-son scenarios.

68.     During the search of his residence, a journal was located that included lists of pornographic websites that were identified as "sites not to forget."

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—18

69.    Milano was ultimately charged in juvenile court in Ada County, Idaho for his involvement in child pornography. On February 9, 2016, Milano pled guilty to Sexual Exploitation of Child.

70.    From my experience with prior investigations, both specific and unrelated to Milano, I know that Dropbox is a service commonly used for the receipt, storage, and distribution of sexually exploitative content.  Dropbox users can share access directly to accounts, to folders, or to individual files.  Dropbox users can provide such access in the forms of links that can be transmitted through email, SMS text messages, and messaging applications.

71.    Furthermore, the prior investigations into Milano revealed that he would access child pornography while at other locations such as his school, the Fred Meyer store, and the home of his family members. The prior investigation also revealed that he accessed child pornography at the home of one of his acquaintances. Based on this prior history, it is probable that Milano was accessing the Dropbox account containing child pornography while at the residence of K.B. Milano has a connection to K.B.'s son who lives at her residence. The information I obtained from Google in response to the above-described search warrant indicates that the email address anthony19milano99@gmail.com, which is associated with the Dropbox account containing child pornography, belongs to Milano.

## CONCLUSION

Based on the foregoing, there is probable cause to arrest and charge Anthony John MILANO with violation of Title 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

Respectfully submitted,

John Brumbaugh
Detective Corporal, GCPD


Subscribed and sworn before me this 2nd day of May, 2019.

The Honorable Ronald E. Bush
United States Magistrate Judge

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—20